WALTER G. KEYSER & Co., INC., Appellant, *v.* INSURANCE COMPANY OF NORTH AMERICA, OF PHILADELPHIA, PENNSYLVANIA, Respondent.

Argued May 17, 1945; decided July 19, 1945.

*Paxton Blair, Joseph Greenhill* and *Simon Greenhill* **for** appellant.

*Frank Sowers* and *James H. Black* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.